UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

C.H. MERCEDES STUBBS,

                               NO. CIV. S-06-1 LKK/DAD

        Plaintiff,

    v.                            O R D E R

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

        Defendant.

                                      /

     Pending on the court's next law and motion calendar is a motion for summary judgment filed by defendant in the above captioned case.  On April 5, 2007, counsel for plaintiff filed a request to continue the hearing on the motion for summary judgment to June 18, 2007.  Counsel for plaintiff asserts that he has several trials set to begin in April and then has family obligations in the beginning of May.

     Considering that the motion is currently set to be heard on April 23, 2007, continuing the hearing for almost two months is extreme and unwarranted.  Moreover, plaintiff does not explain why

1

1  a date in late May would not suffice.   Accordingly, the court

2  orders as follows:

3      1.   The hearing on defendant's motion for summary judgment,

4           currently set for April 23, 2007 is hereby CONTINUED to

5           May 21, 2007 where it will be heard on the court's

6           regularly scheduled law and motion calendar.

7      2.   An opposition, or statement of non-opposition, shall be

8           filed no later than May 7, 2007 at 5 p.m.  Reply briefs,

9           if any, shall be filed no later than May 14, 2007 at 5

10          p.m.

11     IT IS SO ORDERED.

12     DATED: April 6, 2007.

13

14

15     _____
       LAWRENCE K. KARLTON
       SENIOR JUDGE
16     UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

                            2