UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

C.H. MERCEDES STUBBS,

                                  NO. CIV. S-06-1 LKK/DAD

      Plaintiff,

  v.                                  O R D E R

THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA,

      Defendant.
                            /

In light of defendant's pending appeal, the pretrial conference currently set for August 6, 2007 is hereby VACATED. The case is STAYED pending resolution of the appeal. The parties are ORDERED to inform the court within 10 days of resolution of the appeal.

     IT IS SO ORDERED.

     DATED: August 1, 2007.

                                           LAWRENCE K. KARLTON
                                           SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT

1